SALEM COUNTY SPORTS CLUB v. GLENS FALLS
INSURANCE COMPANY.

June 19, 1984.

Petition for certification denied.


EDWARD M. TAYLOR v. STATE OF NEW JERSEY.

June 19, 1984.

Petition for certification denied.


STATE OF NEW JERSEY v. ARTHUR LEE GREEN.

June 19, 1984.

Petition for certification denied.


STATE OF NEW JERSEY v. DEREK BETHEA.

June 19, 1984.

Petition for certification denied.